Lenard E. Schwartzer, Trustee
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone:	(702) 307-2022
Facsimile:	(702) 974-0976
E-Mail: Trustee@s-mlaw.com

*E-FILED ON JANUARY 16, 2008*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>JOSHUA SCOTT MITCHELL<br><br>STEPHANIE JUDITH MITCHELL,<br><br>               Debtor. | BK-S-07-16226 LBR<br>Chapter 7<br><br>**TRUSTEE'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>DATE:     February 13, 2008<br>TIME:     10:00 a.m.. |

      Lenard E. Schwartzer, Trustee, responds the Motion For Relief From Automatic Stay filed on the grounds that there is (a) no documentation that the loan owed by the Debtors is owned by the movant, and (b) there is no documentation that the original lender had complied with the requirements of the Truth In Lending Act, 15 U.S.C. 1601 et seq. ("TILA") when the loan was originated.

      Documentation of ownership of the loan by the movant should be required to prove that the movant has standing.

      Documentation of TILA compliance should be required to prove that the movant has right to foreclose. The penalties for violation of TILA may include (a) retroactively loss the right to charge interest, fees, and costs on the loan, and (b) in cases of refinancing loans, voiding of the lien. These penalties may reduce the debt to where there is equity in the property or may eliminate the alleged lien.

      DATED:   January 16, 2008

                                                                                         */s/ Lenard E. Schwartzer*
                                                                                    Lenard E. Schwartzer, Trustee
                                                                                     2850 South Jones Blvd., Suite 1
                                                                                     Las Vegas NV 89146

LENARD E. SCHWARTZER, TRUSTEE
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 307-2025 · Fax: (702) 974-0976

R:\BMSW\WPDOCS\SCHWARTZER\OPP MLS (TILA).DOC

## ** 362 INFORMATION SHEET **

| | |
|---|---|
| Joshua Scott Mitchell and Stephanie Judith Mitchell<br>DEBTOR | BK-S-07-16226-LBR<br>BNKR. NO.          MOTION NO. |
| Mortgage Electronic Registration Systems, Inc., Solely as Nominee for Plaza Home Mortgage, Inc., its successors and/or assigns<br>MOVANT | CHAPTER: 7 |

PROPERTY INVOLVED IN THIS MOTION: 4247 Jordanville Street, Las Vegas, Nevada 89129

NOTICE SERVED ON: DEBTOR(S) _____ ;
DEBTOR'S(S') COUNSEL _____ ; TRUSTEE _____
DATE OF SERVICE: _____

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st: $388,859.37 | 1st: $ |
| 2nd: $95,928.00 | 2nd: |
| 3rd: $107.29 | 3rd: |
| 4th: | 4th: |
| Other: | Other: |
| Total Encumbrances: $484,894.66 | Total Encumbrances: $ |
| APPRAISAL or OPINION as to VALUE: $480,000.00 | APPRAISAL or OPINION as to VALUE: |
| **TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR** | **DEBTOR'S OFFER OF "ADEQUATE PROTECTION" FOR MOVANT** |
| Amount of Note: $384,000.00 | |
| Interest Rate: 7.375% | |
| Duration: 30 Years | |
| Payment per Month: $1,706.46 | |
| Date of Default: September 1, 2007 | |
| Amount in Arrears: $8,554.80 | |
| Date of Notice of Default (if recorded): | |
| SPECIAL CIRCUMSTANCES: | SPECIAL CIRCUMSTANCES: |
| I hereby certify that an attempt has been made to confer with debtor(s) or debtor(s)' counsel, that more than two (2) business days have expired, and that after sincere effort to do so, counsel has been unable to resolve this matter without court action.<br>SUBMITTED BY:     /s/ Eddie R. Jimenez<br>525 E. Main Street; P.O. Box 12289<br>El Cajon, CA 92022-2289<br>(702) 413-9692<br>NV Bar #10376 | SUBMITTED BY:<br>    Standing and TILA questions<br>Signature: _____<br><br>EXHIBIT A |

EXHIBIT "A"                                                                 1508081.wpd